# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI):  Gierbolini-Gonzalez, Fernando, J.

USDC-PR Bar Number:  211901

Email Address:  fgierbolini@msglawpr.com

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: Glen Scheinberg

   Defendant: Story Terrace, Inc.

2. Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3. Indicate the title and number of related cases (if any).

   n/a

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:  December 9, 2024

rev. Dec. 2009

[Print Form]  [Reset Form]